LARY, Respondent, v. PETTIT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action

by Herman S. Lary against Isaac N. Pettit and Myrtle L. Pettit.

PER CURIAM. It appearing that two of the members of this court are disqualified from sitting in this case, it is hereby directed that the case be certified to the Third judicial department, in accordance with the provision of section 231 of the Code of Civil Procedure.